IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **EDMUND K. BRADSHAW,** | Civ. No. 05-949-BR |
| Petitioner, | ORDER DISMISSING HABEAS CORPUS PETITION |
| vs. | |
| **BRIAN BELLEQUE,** | |
| **Respondent.** | |

This matter having come before the Court on the motion of the Petitioner to voluntarily dismiss his habeas corpus petition,

IT IS HEREBY ORDERED that the Petition for a Writ of Habeas Corpus is dismissed without prejudice.

IT IS SO ORDERED this 13 day of March, 2006.

The Honorable Anna J. Brown
U.S. District Judge

Submitted by:

Thomas J. Hester
Attorney for Petitioner

Lynn David Larsen (by consent)
Attorney for Respondent

CERTIFICATE OF SERVICE